UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMUEL SOTO,<br><br>        Defendant. | No. CR-08-6049-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTIONS AND THE GOVERNMENT'S MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Before the Court are Defendant Samuel Soto's Motion to Reconsider Motion to Suppress Physical Evidence (Ct. Rec. 59) and Motion to Withdraw Guilty Plea (Ct. Rec. 63). The Government concedes that Defendant has shown a fair and just reason for withdrawal of the guilty plea under Federal Rule of Criminal Procedure 11(d)(2)(B) given the Supreme Court's recent *Arizona v. Gant*, -- S.Ct. --, 2009 WL 1045962 (April 4, 2009), decision; the Government therefore does not oppose Defendant's motions. In addition, the Government filed a Motion for Order of Dismissal Without Prejudice. (Ct. Rec. 68.)

The Court agrees that withdrawal of the guilty plea is appropriate and suppression of the physical evidence obtained during the vehicle search is required under *Gant.* Leave of Court is given to dismiss the

ORDER ~ 1

Indictment (Ct. Rec. 1).  The Court makes no judgment as to the merit or wisdom of this dismissal.

For these reasons, **IT IS HEREBY ORDERED:**

1.  Defendant's Motion to Reconsider Motion to Suppress Physical Evidence **(Ct. Rec. 59)** is **GRANTED.**

2.  Defendant's Motion to Withdraw Guilty Plea **(Ct. Rec. 63)** is **GRANTED.**

3.  The Government's Motion for Order of Dismissal Without Prejudice **(Ct. Rec. 68)** is **GRANTED.**

4.  The Indictment **(Ct. Rec. 1)** shall be **DISMISSED WITHOUT PREJUDICE.**

5.  All pending motions are **DENIED AS MOOT** and hearings **STRICKEN.**

6.  Defendant shall be **RELEASED.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Office.

DATED this ___12th___ day of May 2009.

                                        s/ Edward F. Shea
                                        EDWARD F. SHEA
                                  United States District Judge

Q:\Criminal\2008\6049.48.dismissal.frm

ORDER ~ 2